# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

vs.                                      CIVIL ACTION NO.: CV514-007

WILLIAM BECHTOLD, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Franklin Williams ("Williams") filed Objections. In his Objections, Williams asserts that he has filed as many motions pursuant to 28 U.S.C. § 2255 as he has because this Court will not allow him to be heard. Contrary to this assertion, and as the Magistrate Judge noted, Williams' first section 2255 motion was denied on the merits. (Doc. No. 4, p. 2). Williams filed another section 2255 motion, which was dismissed as successive. (Id. at pp. 2-3). Simply because Williams failed to include all of his grounds for relief in his first § 2255 does not mean that this Court erred in dismissing his subsequent filings as second or successive motions. Nor does this mean that Williams should continue inundating this Court with his filings which raise no new issues of law or fact with which to challenge his federal conviction.

AO 72A
(Rev. 8/82)

Williams' Objections are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Williams' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 12th day of August, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE