IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,          )
                                    )
     Petitioner - Appellant,   )
                                    )    CV5:14-7
v.                             )    USCA NO. 15-11292-A
                                    )
WARDEN,                      )
                                    )
     Respondent - Appellee.    )

## O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Order of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this _10th_ day of September, 2015.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA