**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

FRANKLIN L. WILLIAMS,

      Petitioner,

    v.

WARDEN· WILLIAM BECHTOLD,

      Respondent.

CIVIL ACTION NO.: 5:14-cv-7

**O R D E R**

Presently before the Court is Petitioner Franklin Williams' ("Williams") Motion for Reconsideration of the Court's Order dated February 26, 2016. (Doc. 58.) By that Order, the Court denied Williams' first Motion for Reconsideration and two Motions for Leave to Appeal *In Forma Pauperis*. (Doc. 57.)

Plaintiff offers no reason for this Court to reconsider its previous Order. Instead, Williams' Motion is another entry in the pattern of repetitive, persistent, and abusive litigation Williams has engaged in for many years in this Court. Accordingly, the Court **DENIES** Plaintiff's latest Motion.

**SO ORDERED**, this _/7th_ day of May, 2016.

_____

    HONORABLE J. RANDAL HALL
    UNITED STATES DISTRICT JUDGE
    SOUTHERN DISTRICT OF GEORGIA